[No. 8965.  Department Two. — February 25, 1886.]

ROBERT GRIMLEY, APPELLANT, *v.* THE COUNTY OF SANTA CLARA, RESPONDENT.

LICENSE TAX — VOLUNTARY PAYMENT — NO ACTION LIES TO RECOVER. — No action lies to recover money voluntarily paid in satisfaction of an illegal or erroneous license tax.  Section 3804 of the Political Code does not apply to such an action.

APPEAL from a judgment of the Superior Court of Santa Clara County.

The facts are stated in the opinion.

*Montgomery & Ryland,* and *L. D. McKisick,* for Appellant.

*James H. Campbell, Daniel W. Burchard,* and *Howell C. Moore,* for Respondent.

FOOTE, C. — The plaintiff sued the county of Santa Clara to recover a sum of money alleged to have been "illegally and erroneously" collected for license taxes paid by him.

A demurrer was filed, which alleged as one of the grounds thereof that the facts stated in the complaint were not sufficient to constitute a cause of action.

It was sustained, and the plaintiff declining to answer over, judgment passed for the defendant and for costs, and this appeal was taken therefrom.

As appears from the complaint, the money sued for was not on account of any *property taxes assessed,* and it was *voluntarily paid.*

The plaintiff relied on section 3804 of the Political Code as upholding his contention, but in this he was mistaken, as it does not apply to an action such as the one under consideration, and no rule of law exists which authorizes him to recover.  (*Harper* v. *Rowe,* 53 Cal. 234; *Loomis* v. *County of Los Angeles,* 59 Cal. 456; *O'Brien* v. *Colusa County,* 67 Cal. 503.)

The demurrer was properly sustained, and the judgment should be affirmed.

BELCHER, C. C., and SEARLS, C., concurred.

The COURT. — For the reasons given in the foregoing opinion, the judgment is affirmed.